JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNICOLORS, INC., | Case No. CV 13-4533 FMO (JEMx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| STEPHEN SCHOR, INC., <u>et al.</u>, | |
| Defendants. | |

**IT IS ADJUDGED** that the above-captioned case is **dismissed without prejudice**.

Dated this 7th day of November, 2013.

_____
/s/
Fernando M. Olguin
United States District Judge